STATE OF SOUTH DAKOTA, etc., Appellee/Cross–Appellant,

v.

Gregg BOURLAND, et al., Appellants/Cross–Appellees.

Nos. 90–5486, 90–5515.

United States Court of Appeals, Eighth Circuit.

Dec. 22, 1993.

The petition for rehearing by the panel is granted. The suggestion for rehearing en banc is denied as moot.